1
2
3
4
5
6
7

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| MARTIN LEE FOSTER, | No. 2:25-CV-2198-DC-DMC-P |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| LITTLES, | |
| Defendant. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion for an extension of time to resolve the fee status for this case.  See ECF No. 5.  Good cause appearing therefor, Plaintiff's motion will be granted.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for an extension of time, ECF No 5, is granted.

2. Plaintiff shall submit on the form provided by the Clerk of the Court, within 30 days from the date of this order, a complete application for leave to proceed in forma pauperis, with the required certified copy of his trust account statement or pay the appropriate filing fee.

3. The Clerk of the Court is directed to send Plaintiff a new form Application to Proceed In Forma Pauperis By a Prisoner.

Dated:  September 22, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE