UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN LEE FOSTER, | No. 2:25-cv-02198-DC-DMC (PC) |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| LITTLES, | (Doc. No. 8) |
| Defendant. | |

Plaintiff Martin Lee Foster, a county jail inmate proceeding *pro se* filed this civil rights action seeking relief under 42 U.S.C. § 1983. (Doc. No. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 8, 2025, the assigned magistrate judge ordered Plaintiff to file a complete application to proceed *in forma pauperis* with a certified copy of his trust account statement or pay the required filing fee to proceed with this action. (Doc. No. 3.) The magistrate judge gave Plaintiff thirty (30) days to comply with the order. (*Id*. at 2.) On September 23, 2025, the magistrate judge granted Plaintiff an additional thirty (30) days to comply with the August 8, 2025 order. (Doc. Nos. 5, 7.) Plaintiff did not file a complete application or pay the required filing fee.

Accordingly, on December 17, 2025, the magistrate judge issued findings and recommendations recommending that this action be dismissed, without prejudice, for lack of

1

prosecution and failure to comply with the court rules and orders. (Doc. No. 8.) The findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id*. at 2.) Plaintiff has not filed any objections and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the pending findings and recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 17, 2025 (Doc. No. 8) are ADOPTED IN FULL;

2. This action is dismissed without prejudice for lack of prosecution and failure to comply with court rules and orders; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:    **March 29, 2026**

Dena Coggins
United States District Judge

2